# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA : No. 224 WAL 2021
: 
: 
: 
v. : Petition for Allowance of Appeal
: from the Order of the Superior Court
: 
TERRY LIPINSKI, : 
: 
Petitioner : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.